IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BYRON WALTER BUJOL, JR.,

    Petitioner,

v.                                                                                         Civil No. 2:17-cv-02191-SHL-dkv

MYRON L. BATTS,

    Respondent.

**ORDER EXTENDING THE TIME TO RESPOND**

The Respondent moved for an extension of the time allowed to respond to the Court's March 27, 2018 order. For good cause shown, the time allowed for response to the Court's order is extended to May 1, 2018.

**IT IS SO ORDERED,** this 25th day of April, 2018.

                                                                               s/ Sheryl H. Lipman
                                                                               SHERYL H. LIPMAN
                                                                               UNITED STATES DISTRICT JUDGE